IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| FRIENDS OF YOSEMITE VALLEY, et al.,)<br>　　　　　　　　　　　　　　　　　　)<br>　　　　　　Plaintiffs,　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>　　v.　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>DIRK KEMPTHORNE, in his official　)<br>capacity as Secretary of the Interior, et al.,　)<br>　　　　　　　　　　　　　　　　　　)<br>　　　　　　Defendants.　　　　　　　)<br>_____) | CASE NO. 1:06-CV-01902-AWI-DLB<br><br>ORDER APPROVING SECOND JOINT STIPULATION TO POSTPONE JOINT SCHEDULING REPORT AND CONFERENCE |

  This matter is before the Court on the parties' joint stipulation to postpone, for a second time, the filing of the Joint Scheduling Report for an additional six months until Monday, April 21, 2008, and to postpone the Scheduling Conference until Monday, April 28, 2008.  The basis for the request is that issues now pending before the U.S. Court of Appeals for the Ninth Circuit in a related case involving the same parties could affect the present litigation, and the Ninth Circuit recently postponed the date for oral argument in that appeal.

  The Court, having reviewed the parties' joint stipulation, finds that good cause exists to approve the joint stipulation and postpone the filing of both the Joint Scheduling Report and the Scheduling Conference for a second period of six months, with the understanding that the parties

ORDER APPROVING SECOND JOINT STIPULATION TO    CASE NO. 1:06-CV-01902-AWI-DLB
POSTPONE JOINT SCHEDULING REPORT AND CONFERENCE
[PROPOSED]              1

will report to the Court at that time and indicate whether a further stay of this litigation is warranted or whether the stay should expire and the case be placed in active status on the Court's calendar.  The parties shall submit a Joint Scheduling Report by Monday, April 21, 2008, and the Court will set the Scheduling Conference for Monday, April 28, 2008.  Accordingly,

IT IS HEREBY ORDERED THAT the parties' joint stipulation is APPROVED.

IT IS FURTHER ORDERED THAT the deadline for filing a Joint Scheduling Conference is postponed until April 21, 2008, and the Scheduling Conference currently set for Monday, October 29, 2007, is hereby postponed until Monday, April 28, 2008, at 9:00 a.m.  The parties shall notify the Court no later than April 21, 2008, as to whether a further stay is warranted or whether the case should move forward at that time.

PRESENTED BY:

CHARLES R. SHOCKEY, Attorney
    D.C. Bar # 914879
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
501 "I" Street, Suite 9-700
Sacramento, CA 95814-2322
Telephone:   (916) 930-2203
Facsimile:   (916) 930-2210
Email:   charles.shockey@usdoj.gov


IT IS SO ORDERED.

**Dated:    October 12, 2007**          **/s/ Anthony W. Ishii**
                                        UNITED STATES DISTRICT JUDGE

ORDER APPROVING SECOND JOINT STIPULATION TO           CASE NO. 1:06-CV-01902-AWI-DLB
POSTPONE JOINT SCHEDULING REPORT AND CONFERENCE
[PROPOSED]                        2