IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| FRIENDS OF YOSEMITE VALLEY, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>DIRK KEMPTHORNE, in his official<br>capacity as Secretary of the Interior, et al.,<br><br>  Defendants. | Case No. 1:06-CV-01902-AWI-DLB<br><br>ORDER APPROVING JOINT<br>STIPULATION TO CONTINUE<br>JOINT SCHEDULING REPORT<br>AND SCHEDULING CONFERENCE |

This matter is before the Court on the parties' joint stipulation to continue the Joint Scheduling Report and the Scheduling Conference for an additional period of two months with regard to the plaintiffs' challenge to the Yosemite Valley Plan. The new dates for filing the joint report and holding the conference would be June 23 and June 30, 2008, respectively.

The basis for the request is that the recent opinion issued by the U.S. Court of Appeals for the Ninth Circuit in the related case involving the Merced River Plan, <u>Friends of Yosemite Valley v. Kempthorne</u>, ___ F.3d ___, 2008 WL 795334 (9th Cir. 2008), is likely to have significant impacts on the present litigation. The defendants agree that, during the two-month continuance, they will not move to modify the terms of the injunction entered by this Court in the

related Merced River Plan litigation on November 3, 2006.  <u>Friends of Yosemite Valley v. Kempthorne</u>, 464 F.Supp.2d 993 (E.D.Cal. 2006).

The Court, having reviewed the parties' joint stipulation, finds that good cause exists to approve the joint stipulation and continue for an additional period of two months the dates for filing the Joint Scheduling Report and holding the Scheduling Conference.  This continuance is approved with the understanding that the parties will report to the Court no later than June 23, 2008, and indicate whether the case should proceed at that time.  Accordingly,

IT IS HEREBY ORDERED THAT the parties' joint stipulation is APPROVED.

IT IS FURTHER ORDERED THAT the case is continued for two months.  The deadline for the parties to file a Joint Scheduling Conference is postponed until June 23, 2008.  The parties shall notify the Court no later than June 23, 2008, whether the case should move forward at that time.  The Scheduling Conference currently set for Monday, April 28, 2008, is hereby continued until June 30, 2008, at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **April 18, 2008**              **/s/ Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE